PROB 12C
(7/93)

Report Date: December 14, 2010

# United States District Court

### for the

### Eastern District of Washington

filed stamp

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC — 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sean J. Rushing          Case Number: 2:08CR00173-003

Address of Offender: Unknown (Absconder)

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 09/03/2009

Original Offense:    Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. §§ 371 and 513

Original Sentence:    Prison - 12 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Timothy J. Ohms              Date Supervision Commenced: 03/18/2010

Defense Attorney:     Timothy D. Trageser          Date Supervision Expires: 03/17/2013

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

1 & 2          **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

               **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

               **Supporting Evidence**: Mr. Rushing is considered in violation of his conditions of supervised release by failing to report to the probation office since December 5, 2010, and by failing to report a change of address since December 5, 2010.

               Mr. Rushing has failed to report to the probation office and submit a written report since December 5, 2010. In addition, attempts to contact Mr. Rushing at his last reported address have been unsuccessful.

               Mr. Rushing did contact the probation office by telephone in November 2010 to advise he was unemployed and did not have a stable residence. He was directed to report to the probation office to discuss further his situation.

Prob12C
Re: Rushing, Sean J.
December 14, 2010
Page 2

To date, Mr. Rushing has failed to report and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/14/2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Fred Van Sickle*
Signature of Judicial Officer

December 16, 2010
Date